JUDGE RONALD B. LEIGTHON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-5430RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO WITHDRAW AND APPOINT CJA COUNSEL |
| HARRY T. WILLAMS, | ) | |
| Defendant. | ) | |

This matter having come before the Court, it is hereby:

ORDERED the Federal Public Defender for the Western District of Washington is allowed to withdraw as appointed counsel. It is further ordered that CJA counsel be appointed to represent defendant.

Dated this 9th day of July, 2009.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ Colin Fieman
Colin Fieman
Attorney for the Defendant

ORDER GRANTING MOTION TO WITHDRAW AND
APPOINT SUBSTITUTE CJA COUNSEL    --1